# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| RICHARD A. JILES, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | CV417-043 |
| | ) | CR415-194 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Court **DENIES** as moot Richard A. Jiles' motion to obtain a copy of his trial counsel's CJA voucher. CR415-294, doc. 44. No such CJA voucher exists.

**SO ORDERED,** this 1st day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA