# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| RICHARD JILES, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV417-043 |
| | ) | CR415-194 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The petition for *certiorari* in *Gundy* having been denied by the Supreme Court, *see Gundy v. United States*, __ S.Ct. __, 2017 WL 1301351 (2017), the Court's stay in this matter is LIFTED.

The Court further ADOPTS the Magistrate's Report and Recommendation, VACATES Richard A. Jiles' sentence, CR415-194, doc. 26, and REIMPOSES an identical sentence. The Court has previously informed Jiles as to his right to an appeal, doc. 48 at 13, incorporates it here, and now facilitates movant's wish to appeal, as expressed through his § 2255 motion. Accordingly, newly appointed counsel, Howard W. Anderson, III, shall timely file a new Notice of Appeal on Jiles' behalf. The Clerk shall CLOSE this case.

1

SO ORDERED, this 25 day of October, 2017.

LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA